UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-445 RHK/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LISA J. McDONALD,<br>a/k/a LISA JO CLAIRE McDONALD,<br><br>Defendant. | **ORDER OF DISMISSAL** |

Based on the United States' satisfaction and release of debt, representing a settlement and or satisfaction of the debts identified in the instant complaint and action, for good cause shown, it is hereby

ORDERED that the above-entitled complaint and action is dismissed with prejudice.

Dated this 14th day of May, 2001.

United States District Judge

FILED MAY 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________